Victor Vargas–Chavez, Timothy Edward Warriner, Law Office of Timothy E. Warriner, Sacramento, CA, for Defendant–Appellant.

Before: HAWKINS, GRABER, and W. FLETCHER, Circuit Judges.

## MEMORANDUM **

Jose Jesus Reyes–Gallaga Vargas appeals the district court's judgment and challenges the 120–month sentence imposed after he pleaded guilty to possession with the intent to distribute methamphetamine, in violation of 21 U.S.C. § 841(a)(1), and dealing firearms without a license in violation of 18 U.S.C. § 922(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

Vargas argues that the district court improperly increased his base offense level by two points for possession of a dangerous weapon under U.S.S.G. § 2D1.1(b)(1). We disagree. "In applying this enhancement, 'the court need not find a connection between the firearm and the offense. If it finds that the defendant possessed the

weapon during the commission of the offense, the enhancement is appropriate.' " *United States v. Lopez–Sandoval,* 146 F.3d 712, 714 (9th Cir.1998) (quoting *United States v. Restrepo,* 884 F.2d 1294, 1296 (9th Cir.1989)). Vargas admitted to possessing the firearms during the firearm/drug sales. Even if the firearms were for sale, and not protection, Vargas still had access to them, and he could have put them to nefarious ends had he wished. *See United States v. Heldberg,* 907 F.2d 91, 94 (9th Cir.1990).

**AFFIRMED.**

**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Anthony DECUIR, Defendant–Appellant.**

**No. 13–10647.**

United States Court of Appeals, Ninth Circuit.

Submitted June 23, 2015.*

Filed June 26, 2015.

Susan B. Gray, Barbara Valliere, Assistant U.S., Office of the U.S. Attorney, San Francisco, CA, for Plaintiff–Appellee.

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Audra Ibarra, Law Office of Audra Ibarra, Palo Alto, CA, for Defendant–Appellant.

Before: HUG, FARRIS, and CANBY, Circuit Judges.

MEMORANDUM **

Anthony Decuir appeals from the district court's judgment and challenges his guilty-plea conviction and 120–month sentence for possession with intent to distribute and distribution of crack cocaine, in violation of 21 U.S.C. § 841(a)(1). Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Decuir's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Decuir the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no arguable grounds for relief.

Counsel's motion to withdraw is **GRANTED.**

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).